# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 20, 2011

Robert P. Young, Jr.,
Chief Justice

141190

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

LINDA A. ULRICH,
      Plaintiff-Appellant,

v

                                                  SC: 141190
                                                  COA: 289467
                                                  Washtenaw CC: 07-000743-NF

FARM BUREAU INSURANCE,
      Defendant-Appellee,

and

LEN HENRY NAYLOR and TORRON
THOMAS JAMERSON,
      Defendants.

_____/

      By order of December 20, 2010, the application for leave to appeal the April 29, 2010 judgment of the Court of Appeals was held in abeyance pending the decision in *Idalski v Schwedt* (Docket No. 139960). On order of the Court, the case having been decided on April 15, 2011, 489 Mich 875 (2011), the application is again considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

      CAVANAGH, MARILYN KELLY, and HATHAWAY, JJ., would grant leave to appeal.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 20, 2011

Clerk

h0713